| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Yvonne | | Barnes |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of Maryland

Case number: 01-65287

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 807.87 |
|---|---|
| Claimant's Name: | Robert D Dumbrys, ESQ (DBA Law Offices of Robert Dumbrys, LLC) |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2195 Olive<br>Lakewood, OH 44107<br>1(888)DUMBRYS-1(888)386-2797<br>robert@dumbrysandson.com |
| Reason Funds Were Not Received by Claimant | Change of Address Originally. In 2013 original owner, Ms. Barnes, attempted to claim. |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, including separate affidavit, with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> U.S. Attorney for the District of Maryland
> 36 S. Charles Street, 4th Floor
> Baltimore, MD  21201

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/29/2020

_____
Signature of Applicant

Robert D Dumbrys
Printed Name of Applicant

Address: 2195 Olive
Lakewood, OH 44107

Telephone: 1(888)DUMBRYS - 1(888) 386-2797

Email: robert@dumbrysandson.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

---

### 6. Notarization
STATE OF Ohio

COUNTY OF Cuyahoga

This Application for Unclaimed Funds, dated 12/29/2020 was subscribed and sworn to before me this 29 day of December, 20 20 by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   BRENDA GRAVELLE
Notary Public, State of Ohio
My Commission Expires:
02/24/2025

### 6. Notarization
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public_____

My commission expires:

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

Yvonne Barnes

Debtor(s)

* Case No. 01-65287

* Chapter 13

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on December 29, 2020 (Date), the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Robert D Dumbrys (DBA Law Office of Robert Dumbrys, LLC)
Name of Claimant

2195 Olive, Lakewood, OH 44107
Complete Address of Claimant

Respectfully Submitted,

_[signature]_
Signature of Claimant or Claimant's Representative

Robert D Dumbrys DBA Law office of Robert Dumbrys
Printed Name of Claimant or Claimant's Representative

2195 Olive, Lakewood OH 44107
Complete Address of Claimant or Claimant's Representative

SUBSCRIBED AND SWORN TO BEFORE ME this _29_ day of _December_, 20 _20_, in the County of _Cuyahoga_, State of _Ohio_.

_[signature]_
Signature of Notary

BRENDA GRAVELLE
Notary Public, State of Ohio
My Commission Expires
February 24, 2025

Date Commission Expires: _2/24/2025_